IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GENTEX CORPORATION, : CIVIL ACTION
: NO. 3:12-CV-02549
:
Plaintiff, : (Judge Brann)
:
v. :
:
RONALD ABBOTT, :
HELICOPTERHELMET.COM, :
HELICOPTER HELMETS, LLC, :
:
Defendants. :

## ORDER

October 10, 2013

In accordance with the memorandum issued this date, it is hereby

**ORDERED** that Defendant Ronald Abbott's Motion to Dismiss is **DENIED**.


BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge