IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENTEX CORPORATION, | : | NO.: 2012-CV-2549 |
| | : | (JUDGE BRANN) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RONALD ABBOTT, HELICOPTERHELMET.COM and HELICOPTER HELMET LLC, | : : : : : | ELECTRONICALLY FILED |
| Defendants. | : : | |

---

**DEFENDANT RONALD ABBOTT'S SUPPLEMENT TO DISCOVERY MOTIONS (ECF 95-100 AND ECF 115-118) IN VIEW OF GENTEX COPRORATION'S OPPOSITION (ECF 119)**

---

Ronald Abbott, by undersigned counsel, supplies the following two items that are relevant to arguments made by Gentex Corporation in its Opposition Brief (ECF 119) at (at least) p. 3, n. 4; pp. 11-12; p. 15, n. 11; and p. 18, n. 13:

1. Memorandum and Order by Hon. Kiyo A. Matsumoto, U.S.D.J., in *Gentex Corporation v. Ronald Abbott, et al.*, No. 14-mc-1247 (KAM) (E.D. N.Y. Nov. 21, 2014) (Exh. EE hereto); and

2. Email dated January 28, 2014, by Bruce J. Chasan to Daniel T. Brier and Donna Walsh (Exh. FF hereto). In this email, Abbott calls the Court's

1

attention to item 3, which states: "We agreed that post-complaint written communications between counsel and their clients need not be listed on a privilege log." This differs materially from the statement attributed to Attorney Chasan in the fourth sentence of n. 11 in Gentex's brief.

        Respectfully submitted,

        LAW OFFICES OF BRUCE J. CHASAN

        /s/ Bruce J. Chasan

        _____
        Bruce J. Chasan (PA I.D. No. 29227)
        Two Penn Center – Suite 312
        1500 JFK Boulevard
        Philadelphia, PA 19102
        Phone: (215) 567-4400
        Fax: (215) 565-2882
        Email:    bjchasan@brucechasanlaw.com

Dated: November 21, 2014    *One of the Attorneys for Defendant Ronald Abbott*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENTEX CORPORATION, | : | NO.: 2012-CV-2549 |
| | : | (JUDGE BRANN) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RONALD ABBOTT, | : | |
| HELICOPTERHELMET.COM and | : | |
| HELICOPTER HELMET LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of November, 2014 served a copy of the foregoing **Defendant Ronald Abbott's Supplement to Discovery Motions (ECF 95-100 and ECF 115-118) in View of Gentex Corproation's Opposition (ECF 119)** upon all counsel of record by the Court's ECF filing system:

Daniel T. Brier, Esquire
Donna A. Walsh, Esquire
Michael J. Asbell, Esquire
Myers Brier & Kelly, LLP
Post Office Box 551
Scranton, Pennsylvania 18501

Edward T. Fenno, Esquire                Eric N. Mahler, Esquire.
Christina B. Humphries, Esquire         Kelly M. Ciravolo, Esquire
Fenno law Firm LLC                      Mahler Law Firm, LLC
171 Church Street, Suite 160            575 Pierce Street, Suite 501
Charleston, SC 29401                    Kingston, PA 19102

/s/ Bruce J. Chasan
_____
*Attorney for Defendant Ronald Abbott*